AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Montana

FILED
BILLINGS DIV.

2011 MAY 23 PM 2 41

PATRICK E. D...

DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Michael Bryant, Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MJ-11-30-BLG-CSO<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2011 - May 7, 2011__ in the county of __Rosebud__ in the _____ District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Section 117(a)(1) | Count 1, Domestic assault by an habitual offender |
| Title 18, United States Code Section 117(a)(1) | Count 2, Domestic assault by an habitual offender |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy J. Boruff, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/23/2011__

*Judge's signature*

City and state: __Billings, Montana__    Carolyn S. Ostby, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

UNITED STATES OF AMERICA, )
       Plaintiff, )
        )
   VS. )
        )
Michael Bryant, JR. )
       Defendant )
        )

## AFFIDAVIT

I, Timothy J. Boruff, being duly sworn, depose and say as follows:

1. I am a Special Agent with the Federal Bureau of Investigation assigned to the Billings, Montana Resident Agency. I have been a Special Agent for approximately 3 years. During this time I have investigated numerous offenses involving violations of Federal law, including offenses enumerated under Title 18 of the United States Code.

2. I have been assigned to investigate the alleged domestic assaults of two separate females, which took place in Birney, Montana, on the Northern Cheyenne Indian Reservation (NCIR), between February 2011 and May 7, 2011.

3. The information set forth in this affidavit is known to me as a result of an investigation conducted by myself and the Bureau of Indian Affairs Office of Justice Services (BIA). In

addition, I have reviewed various law enforcement reports and spoken with other law enforcement personnel associated with this investigation. I have not included each and every fact known in this investigation, but only those facts necessary to establish probable cause to believe between February 2011 and May 7, 2011, Michael Bryant, Jr., having been convicted on at least two prior occasions for domestic violence, on more than one occasion, knowingly engaged in an assault against two intimate partners, in violation of Title 18, United States Code Section 117(a)(1).

4. Count 1

On May 4, 2011, I was contacted by BIA Special Agent (SA) Kevin Pohawpatchoko and informed Michael Bryant, Jr., hereinafter referred to as Bryant, was arrested on 02/28/2011 on tribal charges related to domestic abuse against a female partner (F1), but was released from custody pending trial. SA Pohawpatchoko provided copies of NCIR tribal court disposition sheets which contained the sentencing dates for five (5) prior tribal convictions of domestic violence for Bryant.

5. On 05/06/2011 SA Pohawpatchoko conducted an interview with F1 regarding a February 2011 assault at Bryant's residence in Birney. F1

2

advised on February 25, 2011, during an argument, Bryant grabbed and drug F1 off a bed onto the floor. Bryant then pulled F1's hair, repeatedly punched and kicked her, and even bit F1's fingers. Eventually Bryant stopped and threatened to hurt F1 if she told anyone.

6. Count 2

On May 7, 2011, I was contacted by SA Pohawpatchoko and informed Bryant had been arrested earlier that morning by BIA on another domestic abuse charge related to his current female partner (F2).

7. On May 9, 2011, I interviewed F2 with BIA SA Pohawpatchoko regarding being assaulted by Bryant in Birney, Montana. F2 advised on May 7, 2011, Bryant woke F2 yelling at her. Bryant grabbed F2 with both hands by the throat and choked her until she almost passed out. F2 got away from Bryant and left the residence. F2 described an earlier incident in April 2011. After F2 accidently broke a bedroom window, Bryant became upset with her and slapped her several times in the face. F2 described a third incident when F2 was playing cards with a friend at Bryant's residence, and Bryant became upset. Bryant grabbed F2 by the hair and threw her to the ground and dragged F2 by the hair across the floor. F2 noted all the assaults occurred at

3

Bryant's residence in Birney, Montana.

8. <u>Defendants Statement</u>

On May 9, 2011, I interviewed Bryant with BIA SA Pohawpatchoko while Bryant was in tribal custody. After being read his Miranda Rights, Bryant waived his rights and agreed to speak with us without an attorney present. During the interview, Bryant advised he engaged in five (5) or six (6) physical assaults against F1 during the one and one-half (1 ½) years they lived together in Birney, with the most recent occurring in February 2011. Bryant stated during the February assault he both slapped and punched F1 in the face and chest area during an argument. Bryant then advised he had engaged in a physical assault against F2 on three (3) separate occasions between March and May 7, 2011, while they lived together in Birney. Bryant advised during these assaults he had either punched, slapped or choked F2. Bryant noted he had been drinking alcohol before each of these incidents took place.

9. Through my knowledge, training and experience I attest Bryant's home, located in Birney, Montana, is in the State and District of Montana and within the exterior boundaries of the NCIR.

10. A review of court records in the Northern Cheyenne Trial Court of and for the Northern

4

Cheyenne Tribe, Lame Deer, Montana, revealed convictions on domestic abuse for Bryant in February 2007, February 2005, July 2003, September 2002, and March 2002.

11. I therefore submit there is probable cause to believe that between February 2011 and May 7, 2011, Michael Bryant, Jr., having been convicted on at least two prior occasions for domestic violence, on more than one occasion, knowingly engaged in an assault against two intimate partners, in violation of Title 18, United States Code Section 117(a)(1).

Respectfully submitted,

*Timothy J. Boruff*
Timothy J. Boruff
Special Agent
Federal Bureau of Investigation
Billings, Montana

Subscribed and sworn to before me this 23rd day of May, 2011.

*Carolyn S. Ostby*
Carolyn S. Ostby
U.S. Magistrate Judge

5