STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
P.O. Box 1778
Billings, Montana 59103-1778
Phone: (406) 259-2459
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BRYANT, JR.,<br><br>Defendant. | **Case No. CR-11-70-BLG-JDS**<br><br>**NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |

NOTICE IS HEREBY GIVEN that Defendant, Michael Bryant, Jr., by and through his Counsel Steven C. Babcock, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated June 23, 2011, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 23rd day of June, 2011.

                              /s/ Steven C. Babcock
                              STEVEN C. BABCOCK
                              Assistant Federal Defender
                                  Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on June 23, 2011, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. E. VINCENT CARROLL
   Assistant United States Attorney
   United States Attorney's Office
   P.O. Box 1478
   Billings, MT 59103
       Counsel for the United States.

3. MICHAEL BRYANT, JR.
   Yellowstone County Detention Facility
   3165 King Avenue East
   Billings, MT 59101
       Defendant

    /s/ Steven C. Babcock
    STEVEN C. BABCOCK
    Federal Defenders of Montana
    Counsel for Defendant