STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
P.O. Box 1778
Billings, Montana  59103-1778
Phone: (406) 259-2459
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-11-70-BLG-JDS |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS THE INDICTMENT** |
| MICHAEL BRYANT, JR., | |
| Defendant. | |

COMES NOW Defendant MICHAEL BRYANT, JR., by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and STEVEN C. BABCOCK, Assistant Federal Defender, and moves the Court for an order to dismiss the Indictment filed in this case.  Bryant has prior convictions of domestic abuse on the Northern Cheyenne Indian Reservation in which he was not provided counsel even though he was indigent.  The Fifth and Sixth Amendments to the United States Constitution preclude the use of Bryant's prior tribal-court convictions as predicate

convictions to establish the habitual-offender elements of 18 U.S.C. §117. A brief will be filed in support of the said Motion.

RESPECTFULLY SUBMITTED this 7th day of November, 2011.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 7, 2011, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. E. VINCENT CARROLL
   Assistant United States Attorney
   United States Attorney's Office
   P.O. Box 1478
   Billings, MT 59103
       Counsel for the United States.

3. MICHAEL BRYANT, JR.
       Defendant

                                         /s/ Steven C. Babcock
                                         STEVEN C. BABCOCK
                                         Federal Defenders of Montana
                                              Counsel for Defendant